NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WANDA DIPAOLA STEPHEN RINKO          )
GENERAL PARTNERSHIP,                 )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-2228
                                     )
BEACH TERRACE ASSOCIATION,           )
INC., and JOHN R. GIROTTO,           )
                                     )
            Appellees.               )
_____  )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Sarasota County; Frederick P. Mercurio,
Judge.

David J. Fredericks of Anderson, Givens
& Fredericks, P.A., Sarasota, for
Appellant.

Frank Colonnelli, Jr., Robert E. Menje,
and Elaine D. Walter of Boyd Richards
Parker & Colonnelli, P.L., Miami, for
Appellees.


PER CURIAM.

            Affirmed.


LUCAS and SMITH, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.